**FILED**
OCT 17 2011

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., a Delaware corporation, | ) ) ) | CIV. 10-4090-KES |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGMENT OF DISMISSAL |
| 3 BLUE MOONS, INC., a South Dakota corporation; CURTIS RUST; CINDY RUST; and HENRIETTA RUST, | ) ) ) ) ) ) | |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| 4900 BUILDING L.L.C. and DAVID GRAHAM, | ) ) ) | |
| Third-Party Defendants. | ) | |

Pursuant to the Stipulation of Dismissal With Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice of all claims against all parties. Each party is to bear its own costs.

Dated October 17, 2011.

BY THE COURT:

_____
KAREN E. SCHREIER
CHIEF JUDGE